STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
California Bar Number 229637
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.makarewicz@usdoj.gov
Attorneys for United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY L. HILTON, a.k.a. NANCY L. OLSON, a.k.a. NANCY L. OLSON-HILTON, d.b.a. NANCY OLSON & ASSOCIATES,<br><br>    Defendant. | No. CV 15-771 MWF-JEM<br><br>FINAL ORDER AND JUDGMENT PERMANENTLY ENJOINING NANCY L. HILTON, a.k.a. NANCY L. OLSON, a.k.a. NANCY L. OLSON-HILTON, d.b.a. NANCY OLSON & ASSOCIATES |

As stated by the parties in the Stipulation for Entry of Final Order and Judgment,

1.    Plaintiff, United States of America, commenced this civil action by filing the United States' "Complaint To Enjoin Defendant From (1) Preparing and Filing Tax Returns, Or Aiding And Assisting In The Preparation and Filing Of Tax Returns, Or (2) Representing Clients Before Internal Revenue Service."

-1-

2. Defendant, NANCY L. HILTON, a.k.a. NANCYL. OLSON, a.k.a. NANCY L. OLSON-HILTON, d.b.a. NANCY OLSON & ASSOCIATES, admits the allegations of the Complaint, consents to entry of a Final Order and Judgment of permanent injunction without further notice, waives the entry of findings of fact and conclusions of law, and waives any right she may have to appeal.

3. The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7401, 7402(a), and 7407, and 28 U.S.C. §§ 1340 and 1345.

NOW, THEREFORE, in accordance with the parties' stipulation described above, it is ORDERED, ADJUDGED and DECREED that

4. NANCY L. HILTON, a.k.a. NANCYL. OLSON, a.k.a. NANCY L. OLSON-HILTON, d.b.a. NANCY OLSON & ASSOCIATES is permanently enjoined from:

    a. Preparing and filing income tax returns (acting as an income tax return preparer within the meaning of Section 7701(a)(36) of the Internal Revenue Code);

    b. Taking any action in furtherance of aiding, assisting, advising, preparing, or filing tax returns of third-party taxpayers; or

    c. Representing taxpayers before the Internal Revenue Service.

///
///
///

4. NANCY L. HILTON, a.k.a. NANCY L. OLSON, a.k.a. NANCY L. OLSON-HILTON, d.b.a. NANCY OLSON & ASSOCIATES is permitted to prepare and file income tax returns for herself and her legal spouse.

5. This Court shall retain jurisdiction for the purpose of implementing and enforcing the Final Order and Judgment.

**IT IS SO ORDERED.**

Dated: 4/22/15

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/s/_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for United States of America

-3-